```
  FILED _____ LODGED
  _____ RECEIVED
      SEP 01 2021
        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

Honorable Theresa L. Fricke

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-mj-05185 |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| CALEB JESSE CHAPMAN | 18 U.S.C. § 113(a)(4) |
| Defendants. | |

BEFORE the Honorable Theresa L. Fricke, United States Magistrate Judge, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## **COUNT 1**
### **(Assault by Striking, Beating or Wounding)**

On or about August 29, 2021, within the Western District of Washington, the defendant, CALEB JESSE CHAPMAN, committed an assault within the territorial jurisdiction of the United States by striking, beating, and wounding another individual, A.J.

All in violation of Title 18, United States Code, Section 113(a)(4).

//

//

COMPLAINT/CHAPMAN - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  The undersigned complainant being duly sworn further states:

2  **AFFIANT BACKGROUND**

3      1.    I, Spencer Walker, am a Special Agent ("SA") with the Federal Bureau of

4  Investigation ("FBI") and have been so employed since February 2009, both domestically

5  and internationally. Before joining the FBI, I obtained a bachelor's degree and master's

6  degree in Accounting from Brigham Young University and worked for a major public

7  accounting firm for four years. During my career I have investigated a variety of

8  violations of federal law, including complex crimes, crimes against children, and matters

9  involving national security. In addition to my investigative duties, I have served as a

10  member of the FBI Director's Protective Detail, a certified SWAT Operator, and an

11  instructor at the FBI Academy. I am also a firearms instructor, a tactics instructor, a

12  defensive tactics instructor, a physical fitness advisor.

13      2.    I am currently assigned to the Seattle Division, Tacoma Resident Agency

14  criminal squad. As an FBI Special Agent, I have been trained to investigate a variety of

15  crimes, including cases involving assault. In this capacity, I investigate, *inter alia,*

16  violations of Title 18, United States Code, Section 113 *et seq.*, and related offenses.

17      3.    The statements contained in this affidavit are based upon my investigation

18  and information provided to me by others familiar with this matter, including other law

19  enforcement officers. I have not included each and every fact known to me or other

20  investigative personnel concerning this investigation. I have set forth only the facts I

21  believe are necessary to establish probable cause to believe that CALEB JESSE

22  CHAPMAN committed the crime of Assault by Striking, Beating or Wounding in

23  violation of Title 18, United States Code, Section 113(a)(4).

24  **SUMMARY OF PROBABLE CAUSE**

25      4.    On August 29, 2021, A.J. was interviewed by the FBI. A.J. told agents that

26  sometime after midnight on August 2, 2021, CHAPMAN had been using

27  methamphetamine and began acting erratically. At approximately 2:00 a.m., after

28  dropping his kids off with his brother CHAPMAN and A.J. went to R.H.'s house to

COMPLAINT/CHAPMAN - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   deliver a note CHAPMAN had written.  R.H. told investigators that the note discussed

2   CHAPMAN's grievances with the White House, his difficulty purchasing ammunition,

3   and his belief that an imminent revolution would be occurring within the next 30 days,

4   beginning in Texas and the Olympic Peninsula.  During his interaction with CHAPMAN,

5   R.H. observed that CHAPMAN was armed with an AR-15 and a handgun, which

6   CHAPMAN had concealed in his rear waistband.

7        5.      After speaking with R.H. and delivering his note to at least one other

8   personal acquaintance, CHAPMAN and A.J. drove to the Deer Park campground

9   (hereinafter "the Campground") in the Olympic National Park in a white F-250. The

10  Campground is within the territorial jurisdiction of the United States.  On their way to the

11  campground CHAPMAN stopped the truck and walked into the woods.  Shortly

12  thereafter A.J. observed embers from a fire observable from CHAPMAN's location.

13  Upon his return to the truck, CHAPMAN smelled of gasoline.

14       6.      At approximately 6:00 a.m, A.J. and CHAPMAN arrived at the

15  Campground. [1] According to A.J., she observed that CHAPMAN became very upset once

16  they arrived. CHAPMAN told A.J. that she was going to die because of the "revolution."

17  CHAPMAN then made suicidal comments about himself, including telling A.J. that he

18  was never going to see his children again.  While arguing with A.J., CHAPMAN threw a

19  soup can at A.J., hitting her and causing a laceration to her leg.  CHAPMAN proceeded

20  to grab A.J. by the head and hit her head repeatedly against the car seat while telling A.J.

21  to "shut up." A.J. then observed CHAPMAN leave the Campground and walk into the

22  woods while yelling and screaming.  A.J. stated that she observed that when CHAPMAN

23  left the Campground, he was wearing a black colored tactical vest, a sleeveless shirt,

24  jeans and was armed with a semi-automatic rifle, a shotgun, and multiple handguns.

25       7.      A.J. told agents that CHAPMAN had been talking about a "revolution" and

26  he believes that there is going to be an armed conflict with the government.  A.J. told

27

28  [1] While at the Campground, a witness, D.R., interacted with A.J. and CHAPMAN. D.R. told investigators that it
    appeared as if A.J. was "strung out," indicating that she might be under the influence of drugs.

COMPLAINT/CHAPMAN - 3

1  investigators that she does not believe that CHAPMAN will harm the public but believes

2  he will act violently towards law enforcement if he feels threatened.  A.J. also believes

3  that CHAPMAN has additional methamphetamine in his possession. During the

4  investigation, a Park Ranger observed a laceration on A.J.'s leg.

5                                          **CONCLUSION**

6            15.      Based on the above facts, I respectfully submit that there is probable cause

7  to believe that CALEB JESSE CHAPMAN committed the crime of Assault by Striking,

8  Beating or Wounding, in violation of Title 18, United States Code, Section 113(a)(4)

9  within the Olympic National Forest.

10

11

12                                          Spencer B. Walker, Complainant

13                                          Special Agent, FBI

14            Based on the Complaint and Affidavit sworn to before me telephonically, the

15  Court hereby finds that there is probable cause to believe the Defendant, CALEB JESSE

16  CHAPMAN, committed the crime of Assault by Striking, Beating or Wounding, in

17  violation of Title 18, United States Code, Section 113(a)(4).

18

19            Dated this _____ day of September, 2021.

20

21

22

23                                          Honorable Theresa L. Fricke

24                                          United States Magistrate Judge

25

26

27

28

COMPLAINT/CHAPMAN - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800